UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

**ANDREA TOLEDO,**

                       Plaintiff,

      -against-

**UNIBUD RESTORATION CORP.,**
**BREND RESTORATION LLC,**
**BREND RESTORATION SERVICES INC.,**
**PAVARINI MCGOVERN, LLC, and CARLOS**
**URIBE, individually.**

                    Defendants.

---------------------------------------------------------------------X

Case No: 21-cv-882

**COMPLAINT**

Plaintiff Demands A Trial By Jury

     Plaintiff, ANDREA TOLEDO (hereinafter referred to as "TOLEDO" and/or "Plaintiff"), by and through her attorneys, DEREK SMITH LAW GROUP, PLLC, hereby complains of Defendant UNIBUD RESTORATION CORP (hereinafter referred to as "UNIBUD"), Defendant BREND RESTORATION LLC (hereinafter referred to as "BREND"), Defendant BREND RESTORATION SERVICES INC. (hereinafter referred to as "BREND INC"), Defendant PAVARINI MCGOVERN (hereinafter referred to as "MCGOVERN"), (hereinafter collectively referred to as "Defendants") and CARLOS URIBE, individually (hereinafter referred to as "URIBE" upon information and belief, as follows:

## NATURE OF CASE

     Plaintiff, ANDREA TOLEDO, complains pursuant to Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (amended in 1972, 1978 and by the Civil Rights Act of 1991, Pub. L. No. 102-166 ("Title VII"), the Administrative Code of the City of New York and the laws of the State of New York, based upon the supplemental jurisdiction of this Court

pursuant to *United Mine Workers of America v. Gibbs*, 383 U.S. 715 (1966), and 28 U.S.C. §1367, seeking declaratory relief and damages to redress the injuries Plaintiff has suffered as a result of, *inter alia*, sex/gender discrimination, hostile work environment, sexual harassment and constructive discharge by Defendants.

## JURISDICTION AND VENUE

1. Jurisdiction of this action is conferred upon this Court as this case involves a Federal Question under Title VII. The Court also has jurisdiction pursuant to 29 U.S.C. §2617; 28 U.S.C. §1331, §1343 and pendent jurisdiction thereto.

2. Additionally, the Court has supplemental jurisdiction under the State and City laws of New York.

3. On or about October 21, 2019, Plaintiff ANDREA TOLEDO submitted a Charge of Discrimination to the U.S. Equal Employment Opportunity Commission ("EEOC"). The federal charge number is 520-2019-05894.

4. On or about November 6, 2020, Plaintiff ANDREA TOLEDO received a Right to Sue Letter from the EEOC for federal charge number 520-2019-05894.

5. Plaintiff satisfied all administrative prerequisites and is filing this case within the applicable Statute of Limitations.

6. Venue is proper in this court, as the events giving rise to this action arose in New York County, within the Southern District of New York.

## PARTIES

1. At all times material, Plaintiff Andrea Cadena Toledo ("TOLEDO" or "PLAINTIFF") was and is an individual female, residing in the State of New York, Queens County.

2. At all times material, Defendant UNIBUD RESTORATION CORP. (hereinafter referred to as "UNIBUD") was and is a domestic business corporation duly existing by the virtue and laws of

the state of New York.

3. At all times material, Defendant BREND RESTORATION LLC (hereinafter referred to as "BREND") was and is a domestic limited liability corporation duly existing by the virtue and laws of the state of New York.

4. At all times material, Defendant BREND RESTORATION SERVICES INC. (hereinafter referred to as "RESTORATION") was and is a domestic limited liability corporation duly existing by the virtue and laws of the state of New York.

5. At all times material, Defendant PAVARINI MCGOVERN, LLC (hereinafter referred to as "PAVARINI") was and is a foreign limited liability corporation licensed to do business in the state of New York duly existing by the virtue and laws of the state of Delaware.

6. At all times material, Defendants' were Plaintiff's employer.

7. At all times material, CARLOS URIBE ("URIBE") was a Supervisor jointly employed by Defendants, UNIBUD, BREND, RESTORATION and PAVARINI, and was Plaintiff's supervisor.

8. At all times material, Defendant URIBE held the authority to hire and fire Complainant and direct the job duties of Complainant.

9. At all times material, ROBERT [Last Name Unknown] ("ROBERT") was and still is one of the owners of Defendant UNIBUD.

10. At all times material, CESAR CASTIBLANCO was a Foreman jointly employed by Defendants, UNIBUD, BREND, RESTORATION and PAVARINI, and was Plaintiff's supervisor.

# STATEMENT OF FACT

11. Around April 1, 2019, Defendants hired Plaintiff as a laborer following a telephone interview with Defendant URIBE.

12. Around April 21, 2019, Plaintiff awoke around 2:20AM to four missed calls from Defendant URIBE on WhatsApp which were made at 12:50 AM, 12:51AM, 12:52AM and 12:54AM. Under the impression that there must have been a work emergency which lead to URIBE calling her at such a late hour on a non-work day Plaintiff responded by sending a message to URIBE saying, "I was sleeping and I saw that you called."

13. Defendant URIBE attempted to call Plaintiff again around 4:43AM. After Plaintiff did not answer her phone, URIBE sent Plaintiff a vulgar text message stating "**SWEET PUSSY**."[1]

14. Plaintiff did not respond to the extremely vulgar message as she was shocked and insulted because she had only been working with Defendant URIBE for a couple of weeks and he barely knew her.

15. Around April 27, 2019, at approximately 4:59AM Defendant URIBE sent Plaintiff a message on WhatsApp asking "**WHAT ARE YOU DOING**?[2]". When Plaintiff did not respond to his message URIBE sent her another message again asking "**WHAT ARE YOU DOING?**" at approximately 6:10AM.

16. When Plaintiff did not respond to his WhatsApp messaged Defendant URIBE proceeded to text her directly repeatedly asking, "**WHAT ARE YOU DOING ANDREA?**" Plaintiff responded by telling URIBE, "I am at home. Tell me if there is anything, I can help you with." URIBE responded

---

[1] This message was sent in Spanish and stated "Cuquita Rica" which is translated in to English for the purpose of this Complaint.

[2] All of the text messages described in this Complaint were sent primarily in Spanish and have been translated in to English for the purpose of this Complaint. Those messages are attached as screenshots and can be found in Attachment A to this Complaint.

by telling Plaintiff, "**NOTHING I AM JUST DRUNK AND TEXTING. I HOPE YOU SLEEP WELL.**"

17. Following these messages from Defendant URIBE Plaintiff became extremely fearful for her personal safety. Plaintiff was extremely concerned that since she went to work and came home alone that one day URIBE might follow her home.

18. Fearful and not knowing what to do, Plaintiff approached Defendants' Foreman CASTIBLANCO and showed him the various missed phone calls, WhatsApp messages and text messages that she had been receiving from Defendant URIBE.

19. Around June 22, 2019, Defendant URIBE sent Plaintiff a text message asking, "**CAN I ASK YOU SOMETHING WITHOUT YOU TELLING ANYBODY?**" Plaintiff responded, "Of course, tell me." URIBE then asked her, "**WHAT COLOR ARE THOSE PANTIES?**"

20. Shocked and insulted Plaintiff complained to URIBE, "The relationship between you and I is clearly work. I think that these kinds of questions are too much."

21. Around September 4, 2019, Plaintiff sent a text message to Defendant UNIBUD's owner ROBERT complaining about the vulgar and inappropriate text messaged that she and other female co-workers have been receiving from Defendant URIBE.

22. Up through around early September 2019, Plaintiff has continued to receive harassing text messages and phone calls from URIBE at inappropriate hours of the night and early morning between 10:30 PM and 4:30 AM.

23. Shortly thereafter, Plaintiff was constructively discharged.

24. Due to Defendants' actions, Plaintiff felt extremely humiliated, degraded, victimized, embarrassed and emotionally distressed.

25. Due to the acts and conduct complained of herein, Plaintiff has suffered and will continue to suffer the loss of income, the loss of salary, bonuses, benefits and other compensation which such employment without unlawful discrimination entails, and Plaintiff also suffered future pecuniary losses, emotional pain, humiliation, suffering, inconvenience, loss of enjoyment of life, and other non-pecuniary losses. Complainant has further experienced severe emotional and physical distress.

26. As Defendants' conduct has been malicious, willful, outrageous, and conducted with full knowledge of the law, Plaintiff demands Punitive Damages as against Defendants.

27. The above are just some examples of some of the unlawful discrimination and retaliation to which Defendants subjected Plaintiff.

28. Defendants' conduct constitutes continuing violations.

29. As a result of Defendants' harassing, discriminatory and intolerable treatment, Plaintiff suffered and continues to suffer severe emotional distress and physical ailments.

30. As a result of the acts and conduct complained of herein, Plaintiff has suffered and will continue to suffer the loss of income, the loss of a salary, bonuses, benefits and other compensation which such employment entails. Plaintiff also suffers future pecuniary losses, emotional pain, suffering and inconvenience, loss of enjoyment of life and other non-pecuniary losses.

31. As Defendants' conduct has been malicious, willful, and outrageous and conducted with full knowledge of the law.

32. The above are some of the examples of the unlawful discrimination and retaliation Plaintiff experienced at the hands of Defendants.

33. Plaintiff hereby demands reinstatement.

**AS A FIRST CAUSE OF ACTION**
**DISCRIMINATION UNDER TITLE VII**
**(Not Against Individual Defendants)**

34. Plaintiff repeats and realleges each and every allegation made in the above paragraphs of this Complaint.

35. Title VII states in relevant part as follows:

> "(a) Employer practices:
>
> It shall be an unlawful employment practice for an employer:
>
> (1)    to fail or refuse to hire or to discharge any individual, or otherwise to discriminate against any individual with respect to his compensation, terms, conditions, or privileges of employment, because of such individual's race, color, religion, sex, or national origin."

36. This claim is authorized and instituted pursuant to the provisions of Title VII of the Civil Rights Act of 1964, 42 U.S.C. Section(s) 2000e et seq., as amended, for relief based upon the unlawful employment practices of the above-named Defendants. Plaintiff complains of Defendants' violation of Title VII's prohibition against discrimination in employment based, in whole or in part, upon an employee's sex and gender.

37. Defendants engaged in unlawful employment practices prohibited by 42 U.S.C. 2000e et seq., by terminating and otherwise discriminating against Plaintiff as set forth herein because of Plaintiff's sex and gender.

## AS A SECOND CAUSE OF ACTION FOR
## RETALIATION UNDER TITLE VII
## <u>(Not Against Individual Defendants)</u>

38. Plaintiff repeats and re-alleges each and every allegation made in the above paragraphs of this Complaint.

39. Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. 2000e-3(a) provides that it shall be unlawful employment practice for an employer: "(1) to . . . discriminate against any of his employees . . . because she has opposed any practice made an unlawful employment practice by

this subchapter, or because she has made a charge, testified, assisted or participated in any manner in an investigation, proceeding, or hearing under this subchapter."

40. Defendants engaged in unlawful employment practices prohibited by 42 U.S.C. 2000e seq. by discriminating against Plaintiff with respect to the terms, conditions or privileges of employment because of her opposition to the unlawful employment practices of Defendants.

41. Plaintiff hereby makes a claim against Defendants under all of the applicable paragraphs of Title VII.

**AS A THIRD CAUSE OF ACTION**
**FOR DISCRIMINATION UNDER**
**NEW YORK STATE LAW**
**(Against All Defendants)**

42. Plaintiff repeats and re-alleges each and every allegation made in the above paragraphs of this complaint as if fully set forth at length.

43. Executive Law §296 provides that "1. It shall be an unlawful discriminatory practice: (a) For an employer or licensing agency, because of an individual's age, race, creed, color, national origin, sexual orientation, military status, sex, disability, predisposing genetic characteristics, marital status, or domestic violence victim status, to refuse to hire or employ or to bar or to discharge from employment such individual or to discriminate against such individual in compensation or in terms, conditions or privileges of employment."

44. Defendants engaged in an unlawful discriminatory practice by discriminating against Plaintiff because of her sex/gender and by creating a hostile work environment.

**AS A FOURTH CAUSE OF ACTION**
**FOR AIDING & ABETTING UNDER**
**NEW YORK STATE LAW**
**(Against All Defendants)**

45. Plaintiff repeats and re-alleges each and every allegation made in the above paragraphs of this

complaint as if fully set forth at length.

46. New York State Executive Law §296(6) further provides that "It shall be an unlawful discriminatory practice for any person to aid, abet, incite, compel or coerce the doing of any of the acts forbidden under this article, or to attempt to do so."

47. Defendants engaged in an unlawful discriminatory practice by aiding, abetting, compelling and/or coercing the discriminatory behavior as stated herein.

## AS A FIFTH CAUSE OF ACTION
## FOR RETALIATION UNDER
## NEW YORK STATE LAW
## (Against All Defendants)

48. Plaintiff repeats and re-alleges each and every allegation made in the above paragraphs of this complaint as if fully set forth at length.

49. New York State Executive Law §296(7) provides that it shall be an unlawful discriminatory practice: "For any person engaged in any activity to which this section applies to retaliate or discriminate against any person because [s]he has opposed any practices forbidden under this article."

50. Defendants engaged in an unlawful discriminatory practice by wrongfully retaliating against the Plaintiff.

**WHEREFORE**, Plaintiff demands judgment against all Defendants, jointly and severally, in an amount to be determined at the time of trial plus interest, punitive damages, attorneys' fees, costs, and disbursements of action; and for such other relief as the Court deems just and proper.

## JURY DEMAND

Plaintiff demands a jury trial on all issues to be tried.

Dated: New York, New York
         February 1, 2021

                                    Respectfully Submitted,
                                    **DEREK SMITH LAW GROUP, PLLC.**
                                    Attorneys for Plaintiff


                        BY: _____
                                    Seamus Barrett, Esq.
                                    1 Pennsylvania Plaza, 49th Floor
                                    New York, New York 10119
                                    (212) 587-0760

# ATTACHMENT 'A'

MARCH 17, 2019

🔒 Messages to this chat and calls are now secured with end-to-end encryption. Tap for more info.

Buenas Tardes Carlos 14:39 ✓✓

Le Saluda Andrea 14:39 ✓✓

Yo converse Con usted 14:39 ✓✓

Esta semana no se si recuerda 14:39 ✓✓

Y me dijo que lo llame hoy 14:39 ✓✓

Porque cuadraba el personal. 14:40 ✓✓

MARCH 20, 2019

Lo llamo cuando salga del tren 08:22 ✓✓

Me llamo Andrea 🙈 08:22 ✓✓

Que Pena Andrea, cuando pueda me llama. Gracias. 08:22

Si niña lo se que pena con usted, cuando puedas me llama. 08:24

Me llamo Don Carlos? 13:09 ✓✓

Type a message



Me llamo Andrea 🙈 08:22 ✓✓

Que Pena Andrea, cuando pueda me llama. Gracias. 08:22

Si niña lo se que pena con usted, cuando puedas me llama. 08:24

Me llamo Don Carlos? 13:09 ✓✓

No creo que se me marko accidentalmente. Que pases buen dia. 13:24

MARCH 24, 2019

Don Carlos Buenas Tardes. Como le va?? 13:14 ✓✓

Le quiero preguntar algo muy importante y ruego sea muy honesto. Asi me ayuda usted a mi y yo a usted. 13:15 ✓✓

Tengo que ayudar a entregar un piso esta semana urg como lo cogi esta semana quieren que nosotros lo entreguemos. 13:15 ✓✓

Existe la posibilidad que pueda entrar

Type a message

MARCH 24, 2019

Don Carlos Buenas Tardes. Como le va?? 13:14 ✓✓

Le quiero preguntar algo muy importante y ruego sea muy honesto. Asi me ayuda usted a mi y yo a usted. 13:15 ✓✓

Tengo que ayudar a entregar un piso esta semana urg como lo cogi esta semana quieren que nosotros lo entreguemos. 13:15 ✓✓

Existe la posibilidad que pueda entrar a trabajar con usted el lunes que viene quiere decir el lunes 01 de abril? 13:16 ✓✓

Pero que usted me sea muy sincero y me dè seguridad confianza que para esa fecha trabajare con usted. Xq no podría quedarme sin trabajo 13:17 ✓✓

Y me interesa mucho colaborar a su compañia. 13:18 ✓✓

Estare pendiente de su respuesta 13:18 ✓✓

Gracias 13:18

MARCH 26, 2019

Type a message



30-hour Construction Safety and Health
This card issued to:

14:07 ✓✓

Buenas tardes 14:07 ✓✓

Le envio lo que me pidio. 14:07 ✓✓

Pues para el 1 de abril 14:07 ✓✓

Cuente con mis servicios 14:07 ✓✓

Gracias 14:07 ✓✓

Andrea muchas gracias porfavor me
confirma un dia antes. 14:23

Ok. Listo 14:24 ✓✓

Gracias 14:24 ✓✓

El sabado le envio un msg 14:24 ✓✓

Perfecto. Gracias. 14:24

MARCH 29, 2019

Buenas tardes. 14:11 ✓✓

⊘ You deleted this message 14:11

Don Carlos Le saluda Andrea Toledo
14:11

Type a message

Buenas tardes. 14:11

You deleted this message 14:11

Don Carlos Le saluda Andrea Toledo
14:11

No se olvide de ponerme en la nomina para empezar ya el lunes a trabajar.
14:12

Por favor. 14:12

Buenas tardes Andrea, esta bien. Entonces el Domingo en la tarde te envio la direccion. Que pases un buen fin de semana.
15:52

Listo gracias 15:53

Gracias Estare pendiente 15:54

MARCH 31, 2019

Buenos dias 09:25

Don Carlos. No se olvide de darme todos los detalles para el trabajo de mañana
09:26

Type a message



**(347) 303-5785**
last seen today at 16:01

APRIL 8, 2019

☇ Missed voice call at 10:48

APRIL 10, 2019

☇ Missed voice call at 08:00

☇ Missed voice call at 11:05

APRIL 21, 2019

☇ Missed voice call at 00:50

☇ Missed voice call at 00:51

☇ Missed voice call at 00:52

☇ Missed voice call at 00:54

Disculpe la hora  02:23 ✓✓

Estaba dormida. Y veo recien sus llamadas  02:24 ✓✓

☇ Missed voice call at 04:43

Cuquita rica.  04:49

Type a message

Buenas tardes Carlos. 14:49

Tengo el dia viernes a las 9am una pequeña cirujia.. sacarme la muela que esta dañada. 14:50

Me dijo el doctor que despues puedo regresar al trabajo 14:50

Es una intervencion rapida 14:51

Despues del proceso 14:51

Yo regreso al trabajo 14:52

Me dijo que se demora unos 40 minutos 14:52

En el hospital de Queens 14:52

Cuando puedas me llamas. 14:52

APRIL 27, 2019

Que haces 04:59

Que haces 06:10

Type a message



APRIL 21, 2019

Missed voice call at 00:50

Missed voice call at 00:51

Missed voice call at 00:52

Missed voice call at 00:54

Disculpe la hora 02:23

Estaba dormida. Y veo recien sus llamadas 02:24

Missed voice call at 04:43

Cuquita rica. 04:49

Que haces 11:29

Buenas tardes Don Carlos 13:50

Digame 13:50

Andrea buenas tardes que pena contigo, no se como pero te mande unos mensajes intendidos para otra persona. Disculpame y Felizes Pascuas. 19:00

Type a message

Te llamo mas tarde pero esta es la direccion. Hay nos vemos mañana si Dios Quiere. Disculpame pero es que estoy un poco occupado.

136 E 76th St, New York, NY 10021
8:30 am

César Castiblanco Forman
646-626-9161

18:00

Listo gracias

Enter message

Listo gracias infinitas

Read

Read
18:00 Dios me lo bendiga

Amen, a usted tambien.

18:01

Tuesday, April 2, 2019

Hola Carlos Buen dia.
De malas 😣 amaneci muy Indispuesta dolor de huesos fiebre dolor de cabeza dolor de garganta. El frio y viento de ayer me

Enter message



**(347) 303-5785**

Saturday, April 27, 2019

Hey... 06:24

Buanos dias Don Carlos Digame
Read 06:32

Que haces Andrea? 06:43

En que lo puedo ayudar
Read 06:49

Que haces? 08:32

Me encuentro en casa Don Carlos.
Read 08:33

Te puedo pedir algo? 08:35

Enter message



Te puedo pedir algo?
08:35

Digame. Si esta en mi alcence lo ayudo
Read
08:38

Que haces? Durmiendo?
08:41

Don Carlos digame en que lo puedo ayudar
Read
08:42

Nada borracho y textiando.
08:45

Que descanses.
08:46

Monday, June 17, 2019

Enter message



**(347) 303-5785**

Saturday, June 22, 2019

Que haces?
06:27

Read
06:48
Buen dia Don Carlos

Te puedo preguntar
algo sin contarle a
nadie?
06:49

Read
Si claro.

Read
06:49
Digame

Que color son esos
panties?
06:50

El trAto entre usted
y yo es netamente

Enter message

El trAto entre usted y yo es netamente laboral. Creo que ese tipo de cuestionamientos esta demas.

Read 06:53

Ok sorry

06:54

No se preocupe. Que tenga un buen dia

Read 06:59

No le cuentes a nadies

07:00

Yo he mantenido este tipo de msg. De una manera muy

Enter message

cuestionamientos esta demas.

Read
06:53

Ok sorry

06:54

No se preocupe. Que tenga un buen dia

Read
06:59

No le cuentes a nadies

07:00

Yo he mantenido este tipo de msg. De una manera muy discreta

Read
07:01

Te eh tenido unas ganas.

07:02

Enter message


Good afternoon Don Robert greets you Andrea I would like to discuss 2 topics in this conversation. The first one that approached me to work in this week, in apology if I have not really I have not felt anything right, I talked with Walter the foreman on Tuesday and I apologized because I promised to go to work but in these cases the health It is first and I need to have a little more mobility in my arm so that the pain and inflammation disappear. If God permits, I give you my word that on Monday I will already be making myself present in VanDam.



The second. This is a very, very delicate issue, I have not said it before because of fear. No one in the company knows it but it is time that this type of abuse is due to stop. Mr. Carlos Uribe has been in the month of April since I joined the company to send me messages on weekends (not all) telling me and asking me totally improper, obscene, nothing work and they are in the early hours of the morning


calling it in other terms. This is workplace sexual harassment. Mr. Uribe has personally apologized on few occasions saying that the messages and calls he makes to me is a mistake, but it would be justified as a mistake if it is once but in my case they are already sometimes and this is NOT A MISTAKE. Also I am not the only one, because conversing with the partner Genesis The same thing has happened to her, It is more Genesis has had problems in her home with her husband because of this and she has blocked Mr. Uribe's number. Don Robert I have kept quiet for fear of losing my job because I thought that if I told you the reprisal would have been against me in getting me out of the company and certainly also afraid that at the time I complained to you I would not know the reaction in action of Mr. Uribe.


But I decided to talk because this must stop. The Saturday that happened I received messages from the Lord again late at night and I feel bad about what is happening to me, Because there are people even with negative attitudes that damage a work environment, I all the messages had them on my cell phone. And anguish of not knowing what will happen after this because I can not shut up more I found myself in the obligation today to inform you what is unfortunately happening for a few months ago with angry fear 9 with



the messages had them on my cell p

📄 VIEW ALL  >

17:19

Hi Andrea . I really sorry for this situation. We didn't know anything. You won't lose job. That's for sure. Maybe it would be good to meet me and Chris with you and someone who speak English. We won't tolerate this behavior from Carlos or any other foreman.

17:26

Enter message