**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

ANDREA TOLEDO,

                    Plaintiff,

  -against-

UNIBUD RESTORATION CORP., BREND
RESTORATION, LLC, BREND RESTORATION
SERVICES INC., PAVARINI MCGOVERN, LLC,
and CARLOS URIBE,

                  Defendants.

------------------------------------- X

21 Civ. 882 (GBD)

GEORGE B. DANIELS, District Judge:

The initial conference scheduled to occur on June 1, 2021 is hereby adjourned to August 17, 2021 at 9:30 a.m.

Dated: May 25, 2021
      New York, New York

                                                SO ORDERED.

                                                *George B Daniels*
                                                GEORGE B. DANIELS
                                                UNITED STATES DISTRICT JUDGE