UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ANDREA TOLEDO,

                              **Plaintiff,**

       -against-

**UNIBUD RESTORATION CORP., et al.,**

                             **Defendants.**

-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/15/2021

21-CV-00882 (GBD)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

       The Court previously granted two extensions of time to serve Defendant Uribe. ECF Nos. 17, 30. On September 14, 2021, Plaintiff informed the Court that Plaintiff has unsuccessfully attempted to effectuate service on Defendant Carlos Uribe at multiple addresses, and that Plaintiff has repeatedly asked Defendant Unibud to provide Defendant Uribe's last known address, with no reply. ECF No. 54. Defendant Unibud informs the Court that counsel shared Defendant Uribe's last known address with Plaintiff earlier today. ECF No. 55.

       By September 17, 2021, Defendant Unibud is directed to provide Plaintiff with Defendant Uribe's last known address or to confirm its provision. The Court thanks Defendant Unibud for cooperating with Plaintiff on this matter and sharing any additional information regarding Defendant's Uribe's whereabouts in its possession.

Plaintiff's request for an extension of time to serve Defendant Uribe is GRANTED.

Plaintiff shall serve Defendant Uribe by November 22, 2021.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:   September 15, 2021
         New York, New York