```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ANDREA TOLEDO,

                            Plaintiff,           21-CV-00882 (GBD)(SN)

        -against-                                         ORDER

UNIBUD RESTORATION CORP., et al.,

                            Defendants.
-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/27/2021

**SARAH NETBURN, United States Magistrate Judge:**

In light of the filing of an Amended Answer (at ECF No. 63), the Clerk of Court is requested to terminate Counter Claimant Brend Restoration, LCC and Counter Defendant Andrea Toledo.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:   September 27, 2021
         New York, New York