UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x

ANDREA TOLEDO,

                             Plaintiff,

              -against-

UNIBUD RESTORATION CORP., BREND
RESTORATION, LLC, BREND RESTORATION
SERVICES INC., PAVARINI MCGOVERN, LLC,
and CARLOS URIBE

                            Defendants.

------------------------------------------------------------- x

ORDER

21 Civ. 882 (GBD) (SN)

GEORGE B. DANIELS, United States District Judge:

    Oral argument on Defendant Pavarini McGovern, LLC's motion for to dismiss, (ECF No. 34), is set for December 14, 2021 at 11:00 a.m.

Dated: October 13, 2021
       New York, New York

                                                    SO ORDERED.

                                                    *[signature: George B. Daniels]*
                                                    GEORGE B. DANIELS
                                                    UNITED STATES DISTRICT JUDGE