UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ANDREA TOLEDO,

                Plaintiff,

  -against-

UNIBUD RESTORATION CORP., BREND
RESTORATION, LLC, BREND RESTORATION
SERVICES INC., PAVARINI MCGOVERN, LLC,
and CARLOS URIBE

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER

21 Civ. 882 (GBD) (SN)

GEORGE B. DANIELS, United States District Judge:

    The oral argument is rescheduled from December 14, 2021 to December 8, 2021 at 10:15 a.m.

Dated: November 1, 2021
       New York, New York

SO ORDERED.

*/s/ George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE