UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

ANDREA TOLEDO,

                Plaintiff,

        -against-

UNIBUD RESTORATION CORP., BREND
RESTORATION, LLC, BREND RESTORATION
SERVICES INC., PAVARINI MCGOVERN, LLC,
and CARLOS URIBE

                Defendants.
------------------------------------------------------------ x

ORDER

21 Civ. 882 (GBD) (SN)

GEORGE B. DANIELS, United States District Judge:

    Oral argument on Defendant Pavarini McGovern, LLC's motion to dismiss, (ECF No. 34), is rescheduled from December 8, 2021 to January 6, 2022 at 10:00 a.m.

Dated: December 1, 2021
       New York, New York

SO ORDERED.

*/s/ George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE