```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:  2/18/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ANDREA TOLEDO,

                     **Plaintiff,**                      21-CV-00882 (GBD)(SN)

       -against-                                      <u>**ORDER**</u>

UNIBUD RESTORATION CORP., et al.,

                    **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       The parties shall file a joint letter informing the Court about the status of discovery by Monday, February 28, 2022. The letter should address any outstanding discovery disputes.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:      February 18, 2022
                New York, New York