UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ANDREA TOLEDO,

                             **Plaintiff,**                    21-CV-00882 (GBD)(SN)

    -against-                                          **ORDER**

UNIBUD RESTORATION CORP., et al.,

                             **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

On February 18, 2022, the parties were ordered to file a status letter by February 28, 2022. ECF No. 80. As of the issuance of this order, the parties have failed to do so. The parties' joint letter is due no later than March 7, 2022. The letter should address any outstanding discovery disputes.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:   March 3, 2022
               New York, New York