UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ANDREA TOLEDO,

                        Plaintiff,

        -against-

UNIBUD RESTORATION CORP., et al.,

                        Defendants.

-----------------------------------------------------------------X

21-CV-00882 (GBD)(SN)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/25/2022

**SARAH NETBURN, United States Magistrate Judge:**

        On March 24, 2022, the parties were ordered to file a status letter by April 21, 2022. ECF No. 84. As of the issuance of this order, the parties have failed to do so. The parties' joint letter is due no later than April 27, 2022. The letter should address any outstanding discovery disputes. As this is the second consecutive deadline that the parties have failed to meet, the parties are reminded that Court-issued deadlines are not suggestions.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    April 25, 2022
                New York, New York