UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ANDREA TOLEDO,

                              Plaintiff,                        21-CV-00882 (GBD)(SN)

           -against-                                    **ORDER**

UNIBUD RESTORATION CORP., et al.,

                            Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      Fact discovery in this case closed on June 10, 2022, after two extensions. See ECF Nos. 84, 88. In light of Defendant Brend's agreement to supplement its discovery production, Defendant Brend is ORDERED to serve any supplemental discovery responses by July 5, 2022. Otherwise, fact discovery has closed and will not be reopened. The parties are to proceed with expert discovery.

**SO ORDERED.**

                                                        SARAH NETBURN
                                                        United States Magistrate Judge

DATED:      June 24, 2022
               New York, New York