USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/14/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ANDREA TOLEDO,

                              **Plaintiff,**                        21-CV-00882 (GBD)(SN)

      -against-                                                  **ORDER**

UNIBUD RESTORATION CORP., et al.,

                              **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       In light of the close of expert discovery on August 12, 2022, the parties are ordered to file a joint status letter no later than September 21, 2022. The letter shall indicate whether either party intends to file a Motion for Summary Judgment, and if so, shall propose a reasonable date for that filing. The parties are further directed to contact Courtroom Deputy Rachel Slusher by email at Rachel_Slusher@nysd.uscourts.gov to schedule a settlement conference if it would be productive at this time. Due to the Court's busy calendar, settlement conferences must generally be scheduled at least six to eight weeks in advance. The Court will likely be unable to accommodate last-minute requests for settlement conferences, and the parties should not anticipate that litigation deadlines will be adjourned in response to late requests for settlement conferences.

**SO ORDERED.**

                                                                    SARAH NETBURN
                                                                    United States Magistrate Judge

DATED:      September 14, 2022
                New York, New York