UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ANDREA TOLEDO,

                          Plaintiff,

          -against-

UNIBUD RESTORATION CORP. et al.,

                        Defendants.

-----------------------------------------------------------------X

21-CV-00882 (GBD)(SN)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/23/2022

**SARAH NETBURN, United States Magistrate Judge:**

      On September 14, 2022, the parties were ordered to file a joint status letter no later than September 21, 2022. ECF No. 96. As of today, no such letter has been filed. The parties are once again ORDERED to file a joint letter informing the Court about the status of this case and whether either party intends to file a motion for summary judgment by September 28, 2022.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    New York, New York
              September 23, 2022