UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ANDREA TOLEDO,

                Plaintiff,           21-CV-00882 (GBD)(SN)

      -against-           **ORDER**

UNIBUD RESTORATION CORP. et al.,

                Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

    Plaintiff's motion for summary judgment is due no later than October 21, 2022, and is not to exceed 20 pages. Defendants' cross-motion or brief in opposition is due November 21, 2022, and is not to exceed 45 pages. Plaintiff's opposition or reply in further support of their motion is due December 23, 2022, and is not to exceed 30 pages. Defendants' reply in further support of their cross-motion is due January 10, 2023, and is not to exceed 15 pages.

**SO ORDERED.**

                                              SARAH NETBURN
                                              United States Magistrate Judge

DATED:     New York, New York
               September 28, 2022

*USDC SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: ___ / DATE FILED: 9/28/2022*