UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x

ANDREA TOLEDO,

       Plaintiff,

 -against-

UNIBUD RESTORATION CORP., BREND
RESTORATION, LLC, BREND RESTORATION
SERVICES, INC. PAVARINI MCGOVERN, LLC,
and CARLOS URIBE,

       Defendants.
------------------------------------ x

ORDER

21 Civ. 882 (GBD) (SN)

GEORGE B. DANIELS, District Judge:

In light of the parties' notice that the Plaintiff has reached a settlement with Defendant Unibud (ECF No. 98), Plaintiff's letter request to dismiss the matter solely as to Defendant Unibud is GRANTED.

IT IS HEREBY ORDERED on this 24th day of October 2022, that the above-captioned action against Defendant Unibud Restoration Corporation is hereby dismissed without prejudice and without costs or attorneys' fees as to either party, pursuant to Federal Rules of Civil Procedure 41(a)(2). The Clerk of Court is directed to close ECF No. 98 accordingly.

Dated: October 24, 2022
   New York, New York

SO ORDERED.

_____
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE