UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

ANDREA TOLEDO,

                            Plaintiff,                      21-CV-00882 (GBD)(SN)

         -against-                                  **ORDER**

UNIBUD RESTORATION CORP. et al.,

                            Defendants.

-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      Plaintiff was directed to file any motion for summary judgment by no later than October 21, 2022. That date having passed and no motion having been filed, Defendants may file any motion for summary judgment by November 21, 2022. The brief for such motion shall not exceed 25 pages. Plaintiff's opposition is due December 23, 2022, and such brief in opposition may not exceed 25 pages. Any reply brief shall be filed by January 10, 2023, and such brief in reply may not exceed 10 pages.

**SO ORDERED.**

                                                                 _____
                                                                 SARAH NETBURN
                                                                 United States Magistrate Judge

DATED:    New York, New York
              November 2, 2022