UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

ANDREA TOLEDO,

                Plaintiff,

  -against-

                ORDER

BREND RESTORATION LLC, BREND
RESTORATION SERVICES, INC. PAVARINI    21 Civ. 882 (GBD) (SN)
MCGOVERN, LLC, and CARLOS URIBE,

                Defendants.

------------------------------------- X

GEORGE B. DANIELS, District Judge:

    Oral argument on Defendants Brend Restoration LLC and Brend Restoration Services, Inc.'s motion for summary judgment (ECF No. 102) is set for January 31, 2023, at 10:15 a.m.

Dated: January 17, 2023
       New York, New York

                                  SO ORDERED.

                                  *George B Daniels*

                                  GEORGE B. DANIELS
                                  UNITED STATES DISTRICT JUDGE