UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
ANDREA TOLEDO,

      Plaintiff,

 -against-

BREND RESTORATION LLC, BREND
RESTORATION SERVICES, INC. PAVARINI
MCGOVERN, LLC, and CARLOS URIBE,

      Defendants.

------------------------------------- x

ORDER

21 Civ. 882 (GBD) (SN)

GEORGE B. DANIELS, District Judge:

 Oral argument on Defendants Brend Restoration LLC and Brend Restoration Services, Inc.'s motion for summary judgment (ECF No. 102) is rescheduled from February 22, 2023 to April 5, 2023, at 10:30 a.m.

 The Clerk of Court is directed to close the open motion at ECF No. 118.

Dated: March 1, 2023
   New York, New York

            SO ORDERED.

            */s/ George B. Daniels*
            GEORGE B. DANIELS
            UNITED STATES DISTRICT JUDGE