UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x

ANDREA TOLEDO,

                Plaintiff,

  -against-

                                           ORDER

BREND RESTORATION LLC, BREND
RESTORATION SERVICES, INC. PAVARINI    21 Civ. 882 (GBD) (SN)
MCGOVERN, LLC, and CARLOS URIBE,

                Defendants.

------------------------------------- x

GEORGE B. DANIELS, District Judge:

    Plaintiff's letter motion for an adjournment of oral argument scheduled for April 5, 2023 is GRANTED. Oral argument is hereby rescheduled to April 18, 2023 at 11:00 a.m.

    The Clerk of Court is directed to close the open motion at ECF No. 120.

Dated: March 28, 2023
       New York, New York

                                                     SO ORDERED.

                                                     GEORGE B. DANIELS
                                                     UNITED STATES DISTRICT JUDGE