UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
ANDREA TOLEDO,

                Plaintiff,

    -against-                             ORDER

                                        21 Civ. 882 (GBD) (SN)

CARLOS URIBE,

                Defendant.

------------------------------------ x

GEORGE B. DANIELS, United States District Judge:

       On October 1, 2021, Magistrate Judge Netburn granted Plaintiff's request for leave to file papers for default judgment against Defendant Carlos Uribe and ordered Plaintiff to file her motion for default judgment against Defendant Uribe and accompanying papers no later than October 22, 2021. Because Plaintiff has not filed a motion for default judgment against Defendant Uribe, the claims against Defendant Uribe are DISMISSED for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

       The Clerk of Court is directed to close this case.

Dated: New York, New York                SO ORDERED.
       October 5, 2023

                                                      GEORGE B. DANIELS
                                                        United States District Judge